UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: ED CV 15-00310 RGK (RAO)           Date: June 30, 2015
Title: Aaron Raiser v. Michael Treinen, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**           (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On February 20, 2015, Aaron Raiser ("Plaintiff") filed a complaint ("Complaint") against Michael Treinen, Mathew Gauthier, Kirk Halladay, and 24 Doe defendants (collectively, the "Defendants") alleging violations of 42 U.S.C. § 1983. (ECF No. 1.) Concurrently therewith, Plaintiff filed a request to proceed *in forma pauperis* ("IFP"). (ECF No. 2.)

On February 25, 2015, the Court granted Plaintiff's IFP request. (ECF No. 6.) On March 3, 2015, the Court issued an Order Re Further Proceedings in which the Court informed Plaintiff that the Defendants must be served by June 20, 2015, and expressly warned Plaintiff that "failure to effectuate service by that date may result in the dismissal of the action by reason of plaintiff's failure to prosecute." (ECF No. 8.) As of today, June 30, 2015, Plaintiff has not filed proofs of service as to any of the Defendants.

In light of the foregoing, **IT IS HEREBY ORDERED** that Plaintiff must show cause, in writing, on or before **July 14, 2015,** why his action should not be dismissed due to his failure to prosecute. **Failure to timely comply with this Order and/or to show cause will result in the dismissal of Plaintiff's action.**

           **IT IS SO ORDERED.**

                                                                                                    : 
                                                                Initials of Preparer          gr