# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL SELNICK,<br><br>   Defendant. | Case No. ED CV 15-00310 RGK (RAO)<br><br>ORDER ACCEPTING INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the other records and files herein, and the Interim Report and Recommendation of United States Magistrate Judge ("Report"). Further, the Court engaged in a *de novo* review of those portions of the Report to which Plaintiff objected. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

  Many of Plaintiff's objections to the Report relate to the hearsay nature of evidence relied upon in the Report's analysis. However, as explained in the Report, a court's focus in ruling on a motion for summary judgment is the admissibility of facts and not the form in which they are presented for purposes of the motion. (*See* Dkt. No. 87 at 10-14 & n.5, 17-18.) The Report thus properly relied on the evidence discussed therein.

IT IS ORDERED that Plaintiff's motion for summary judgment (Dkt. Nos. 67, 68) is DENIED.

DATED: May 23, 2017

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE